UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Deer Farmers Association, et al. | Court File No. 23-CV-03907 (JRT/LIB) |
| Plaintiffs, | |
| vs. | |
| The State of Minnesota, et al. | **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), all Defendants move to dismiss the amended complaint against them for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted.

The motion is based on all the files, records, and proceedings in this case, including defendants' supporting memorandum of law.

Dated: February 23, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Philip S. Pulitzer
PHILIP S. PULITZER
Assistant Attorney General
Atty. Reg. No. 0398902

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1397 (Voice)
(651) 297-4139 (Fax)
philip.pulitzer@ag.state.mn.us

ATTORNEY FOR DEFENDANTS